IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

REBECCA HETHCOX,              :
                              :
    Plaintiff,                :
                              :
vs.                           :
                              :      CIVIL ACTION 14-0274-M
CAROLYN W. COLVIN,            :
Social Security Commissioner, :
                              :
    Defendant.                :

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor Defendant Carolyn W. Colvin and against Plaintiff Rebecca Hethcox.

DONE this 9th day of February, 2015.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE