IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REBECCA HETHCOX, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 14-0274-M |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commission of Social Security, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Rebecca Hethcox and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA Attorney's fee in the amount of $1,933.61.

DONE this 14th day of March, 2016.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE